Eversheds Sutherland (US) LLP
600 Congress Avenue, Suite 2000
Austin, TX  78701

D: 1.512.721.2675
F: 1.512.721.2656

MichaelBoldt@
eversheds-sutherland.us

EVERSHEDS SUTHERLAND

May 29, 2020

Lyle W. Cayce
United States Court of Appeals
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:  Case No. 20-50160; *NextEra Energy Capital Holdings, Inc., et al. v. Commissioner Arthur C. D'Andrea, etc., et al.*

Dear Mr. Cayce:

Counsel for *amicus curiae* Entergy Texas, Inc. may refer at oral argument to *Pacific Gas & Elec. Co. v. State Energy Resources Conservation & Development Comm'n*, 461 U.S. 190 (1983), a case not cited in briefs.

Very Truly Yours,

/s/  Michael Boldt_____

Michael Boldt
*Attorney for Amicus Curiae
Entergy Texas, Inc.*

cc: all parties and amici

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland.  For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.